67 So.2d 846

## TUSCALOOSA TRUCK & TRACTOR CO. v. Evan W. STEWART.

### 6 Div. 608.

Supreme Court of Alabama.

Oct. 29, 1953.

Davis & Zeanah, Tuscaloosa, for petitioner.

F. F. Windham, Tuscaloosa, opposed.

LIVINGSTON, Chief Justice.

Petition of Tuscaloosa Truck & Tractor Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Tuscaloosa Truck & Tractor Co. v. Stewart, 67 So. 2d 844.

Writ denied.

SIMPSON, GOODWYN and CLAYTON, JJ., concur.